# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES SERIES 2006-6,

Appellant,

vs.

K & P HOMES, LLC, A SERIES LIMITED LIABILITY COMPANY OF DEK HOLDINGS, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Respondent.

No. 76602

FILED

NOV 20 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Douglas Smith, District Judge
      Wright, Finlay & Zak, LLP/Las Vegas
      The Wright Law Group
      Eighth District Court Clerk

18·904957